UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA MARTIN,                    :

      Plaintiff            :    CIVIL ACTION NO. 3:25-01254

v.                                 :            (JUDGE MANNION)

FREEDOM MORTGAGE CORP.,            :

      Defendant            :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the Plaintiff's motion to remand this case to state court, (**Doc. 8**), is **GRANTED**.

_____
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 5, 2025**
25-01254-01-ORDER